IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRAD PACKER,<br><br>                            Plaintiff,<br><br>v.<br><br>RAGING CAPITAL MANAGEMENT, LLC,<br>RAGING CAPITAL MASTER FUND, LTD, and<br>WILLIAM C. MARTIN,<br><br>                            Defendants,<br><br>- and-<br><br>ALPHA AND OMEGA SEMICONDUCTOR<br>LIMITED,<br><br>                            Nominal<br>                            Defendant. | Civil Action No.16-cv-8110-PGS-LHG<br><br>STIPULATION OF DISMISSAL<br><br>SO ORDERED: *[signature]*<br>DATED: 11/6/17 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Brad Packer, defendants Raging Capital Management, LLC, Raging Capital Master Fund, Ltd, William C. Martin and nominal defendant Alpha and Omega Semiconductor Limited, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal without prejudice.

Dated: October 1, 2017

| Attorneys for plaintiff Brad Packer | Attorneys for defendants Raging Capital Management, LLC, Raging Capital Master Fund, LTD, and William C. Martin |
|---|---|
| *[signature]*<br>Paul D. Wexler (*admitted pro hac vice*)<br>110 E. 59th Street, 23rd Floor<br>New York, New York 10022<br>Tel. No. (212) 317-0777<br>Email: pdw@paulwexlerlaw.com | *[signature]*<br>Scott Shaffer<br>Thomas J. Fleming (*admitted pro hac vice*)<br>OLSHAN FROME WOLOSKY LLP |

| | |
|---|---|
| Glenn F. Ostrager (*admitted pro hac vice*)<br>OSTRAGER CHONG FLAHERTY<br>& BROITMAN P.C.<br>570 Lexington Avenue<br>New York, NY 10022<br>Tel. No. (212) 681-0600<br>E-mail: gostrager@ocfblaw.com<br><br>Gregory A. Blue<br>RIKER DANZIG SCHERER<br>HYLAND & PERRETTI, LLP<br>500 Fifth Avenue, 49th Floor<br>New York, NY 10110<br>Tel. No.: (212) 302-6574<br>E-mail: gblue@riker.com | 1325 Avenue of the Americas<br>New York, NY 10019<br>Tel. No.: (212) 451-2300<br>E-mail: sshaffer@olshanlaw.com<br>         tfleming@olshanlaw.com<br><br>*Attorneys for nominal defendant Alpha and Omega Semiconductor Limited*<br><br>_/s/ Harvey Bartle IV_<br>Harvey Bartle IV<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Tel. No.: (215) 963-5221<br>Email: harvey.bartle@morganlewis.com |